UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: ED CR 17-17-0278 MWF
(stamped: EDCR 17-0278 MWF)

U.S.A. v. CHRISTOPHER LLOYD BURNELL

Defendant Number: ____
Year of Birth: ____

FILED 2017 DEC 20 PM 3:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

[✓] Indictment   [ ] Information

Investigative agency (FBI, DEA, etc.): IRS-CI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: On or about 11.30.10 to August 2017

c. County in which first offense occurred: San Bernardino

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [ ] Los Angeles
- [ ] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [✓] Riverside
- [ ] San Luis Obispo
- [✓] San Bernardino
- [ ] Other ____

Citation of Offense: 18 U.S.C. § 1343 and 26 U.S.C. § 7206(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [✓] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [ ] No   [ ] Yes

IF YES   Case Number ____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: ____
Case Number ____
Charging ____

The complaint:   [ ] is still pending
[ ] was dismissed on: ____

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide Name: ____
Phone Number: ____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ____

Case Number ____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [✓] Male         [ ] Female
- [✓] U.S. Citizen  [ ] Alien

Alias Name(s): _____

This defendant is charged in:  [✓] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [✓] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [✓] tax offenses
- [✓] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [ ] Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  12/18/2017

Signature of Assistant U.S. Attorney
Jerry C. Yang
Print Name