FILED
2017 DEC 21 AM 9:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | EDCR 17-0278 MWF |
| Christopher Lloyd Burrell | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/20/17   4:30   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1343, 26 USC 7206(1)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: _____

7. Year of Birth: 1971

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Jeffrey A. Aaims   Phone Number: 909 557-2353 x2113

9. Name of Pretrial Services Officer notified: duty officer

10. Remarks (if any): _____

11. Name: Susan Rowan (please print)

12. Office Phone Number: 951 200-9796      13. Agency: USSS

14. Signature: S. Rowan      15. Date: 12/21/19

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION