FILED
CLERK, U.S. DISTRICT COURT

DEC 21 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | EDCR 17-0278 |
| Christopher Lloyd Burnell | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __Christopher L. Burnell__, declare that
   (Defendant)

☐ I have never been issued any passport by any country. I will not apply for the issuance of a passport during the pendency of this case.

☑ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal authorities. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __21__ day of __Dec.__, 20__17__
at __Riverside, Ca.__
   (City and state)

_____
Signature of Defendant

If defendant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Declaration re Passport from English into _____ to defendant _____, on this date.

Date: _____

_____
Interpreter

CR-37 (07/12)                                    DECLARATION RE PASSPORT