**AGENT TO EXECUTE ORIGINAL FILED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

2017 DEC 21 AM 9: 27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
RIVERSIDE
BY: ___

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>CHRISTOPHER LLOYD BURNELL,<br>DEFENDANT(S) | CASE NUMBER:<br>EDCR -17-<br>EDCR 17-0278 MWF<br><br>**WARRANT FOR ARREST** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **CHRISTOPHER LLOYD BURNELL** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Wire Fraud, in violation of Title 18, United States Code, Section 1343 and Making and Subscribing to a False Income Tax Return, in violation of Title 26, United States Code Section 7206(1).

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>_[signature]_<br>SIGNATURE OF DEPUTY CLERK | 12-20-2017   Riverside, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By: **SHERI PYM**<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| 12/20/17<br>DATE RECEIVED<br><br>12/20/17<br>DATE OF ARREST | Susan Rowan<br>NAME OF ARRESTING OFFICER<br><br>Special Agent<br>TITLE<br><br>_[signature]_<br>SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**