TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG (Cal. Bar No. 241323)
Assistant United States Attorney
Chief, Riverside Branch Office
ROBERT S. TRISOTTO (Cal. Bar No. 314178)
Assistant United States Attorney
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6221/6211
     Facsimile: (951) 276-6202
     E-mail:    Jerry.Yang@usdoj.gov
                Robert.Trisotto@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 17-00278-MWF |
|---|---|
| Plaintiff, | TRIAL STIPULATION REGARDING GOVERNMENT EXHIBITS |
| v. | |
| CHRISTOPHER LLOYD BURNELL, | Trial Date: May 10, 2022<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Michael W. Fitzgerald |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jerry C. Yang and Robert S. Trisotto, and defendant CHRISTOPHER LLOYD BURNELL, by and through his counsel of record, Elon Berk, agree and stipulate that the following are admissible into evidence for any relevant purpose at trial in this matter:

///

///

| Exhibit No. | Bates No.[1] | Description |
|---|---|---|
| 8 | 393 | Inland Community Bank check number 46816 |
| 9 | 395-396 | Promissory Note, dated November 30, 2010 |
| 10 | 398-399 | Inland Community Bank check number 46827 |
| 11 | 401-402 | Promissory Note, dated December 8, 2010 |
| 12 | 404 | Inland Community Bank check number 46872 |
| 13 | 406-407 | Promissory Note, dated February 3, 2011 |
| 14 | 409-410 | Promissory Note, dated March 15, 2011 |
| 15 | 412-414 | Certificates of Titles for a 2008 Ford with license plate number 8U12067, 2011 Landrover with license plate number 6PVL842, and 2011 BMW with license plate number 6NAM586 |
| 16 | 416 | Assignment, dated June 1, 2011 |
| 17 | 418-421 | Redacted Wells Fargo Bank statement for account ending 2615 for May 1, 2011 to May 31, 2011 |
| 18 | 423-425 | Inland Community Bank check number 47331, RBC check number 5007, and Inland Community Bank Notice, dated as of April 11, 2012 |
| 19 | 427 | RBC check number 5008 |
| 20 | 429-431 | Wells Fargo Bank check number 1017, Inland Community Bank check number 47335, and Inland Community Bank customer receipt, dated April 10, 2012 |
| 21 | 434-435 | Inland Community Bank Notices, dated as of April 11, 2012 |
| 50 | 727-728 | Envelope and Card, dated October 23, 2012 |
| 51 | 729 | Cash Receipt, dated November 15, 2012 |
| 57 | 744 | Charles Schwab Confirmation, dated January 24, 2011 |
| 58 | 745 | Receipt for Cashier's Check, dated January 21, 2011 |
| 59 | 746-747 | Promissory Note, dated January 21, 2011 |
| 60 | 748-752 | Thornes & Associates, Inc. statement for account ending 3480 for March 1 to March 31, 2011 |
| 63 | 756 | Excerpt from Raymond James statement for account ending 4373 for April 29 to May 31, 2011 |
| 64 | 774 | Raymond James Letter, dated May 12, 2011 |
| 65 | 757-760; 770-773 | Redacted Wells Fargo Bank statement for account ending 2615 for May 1, 2011 to May |

---

[1] Each Bates number identified below begins with the prefix "GOVT".

|     |              | 31, 2011, with and without handwritten notes |
| --- | --- | --- |
| 68  | 775-776      | Promissory Note, dated May 12, 2011 |
| 81  | 884          | Photograph Outside Airplane |
| 119 | 1647-1648    | Wells Fargo Bank statement for account ending 2615 for May 1 to May 31, 2011 found in defendant's home |
| 120 | 1649-1678    | Handwritten notes found in defendant's home |
| 121 | 1679-1718    | Promissory notes found in defendant's home |
| 122 | 1719-1726    | BWM purchase-related documents found in defendant's home |
| 123 | 1727-1729    | Tiffany & Co. Letter, dated April 29, 2011, found in defendant's home |
| 124 | Physical Exhibit | Black sharpie found in defendant's home |
| 125 | Physical Exhibit | Stainless steel ruler found in defendant's home |
| 126 | Physical Exhibit | Scotch precision cutter found in defendant's home |
| 127 | Physical Exhibit | BIC white-out found in defendant's home |
| 128 | Physical Exhibit | Two BIC white-out exact liners found in defendant's home |
| 129 | Physical Exhibit | Glue sticks found in defendant's home |
| 246 | 3655-3660    | Residential lease entered into on February 25, 2011 between Liza Paul, Brooke Borso, and Mary Wright |
| 382 | 210032-210043 | Form 4549-A Income Tax Examination Changes for 2011 and 2012 prepared on or about March 22, 2022 |
| 383 | Physical Exhibit | BWM purchase-related documents found in defendant's home |
| 384 | Physical Exhibit | Hooter's magazine found in defendant's home on |
| 385 | Physical Exhibit | June 2012 ING-SBCERA statement found in defendant's home |
| 386 | Physical Exhibit | Fax transmission report, dated June 20, 2011, found in defendant's home |
| 387 | Physical Exhibit | Wells Fargo Bank statement for account ending 2615 for May 1 to May 31, 2011 found in defendant's home |
| 388 | Physical Exhibit | Wells Fargo Bank statement for account ending 2615 for April 1 to April 30, 2011 found in defendant's home |

| | | |
|---|---|---|
| 389 | Physical Exhibit | Citibank statement for account ending 4682 for January 3 to January 31, 2011 found in defendant's home |
| 390 | Physical Exhibit | Envelope and Card, dated October 23, 2012, found in defendant's home on or about July 18, 2013 |
| 393 | 18247-18249 | e Notice of Tax Levy dated March 29, 2012 issued to defendant. |
| 394 | 418-419 | Redacted Wells Fargo Bank statement for account ending 2615 for May 1, 2011 to May 31, 2011 |
| 395 | 19020-19386[2] | Excerpts of electronic communications between J.T. and defendant |
| 396 | 52067-52623[3] | Excerpts of electronic communications between S.B. and defendant |
| 397 | 210111-210114 | Notice of State Tax Lien, dated September 8, 2008, and Release of Lien, dated May 9, 2011 |
| 398 | 210115-210146 | Excerpts of electronic communications between B.P. and defendant |
| 399 | 210171-210241 | Excerpts of electronic communications between D.S. and defendant |
| 500 | 612 | Deposit slips into Wells Fargo account ending in 6265 |
| 501 | 11047-11079 | Text messages between G.M. and defendant |
| 502 | 613 | Deposit slips into Wells Fargo account ending in 8146 |

///

///

---

[2] Exhibit 395 is excerpts from this Bates range.

[3] Exhibit 396 is excerpts from this Bates range.

4

     The parties agree that this stipulation be entered into evidence at trial against defendant Christopher Lloyd Burnell.  This stipulation constitutes conclusive proof of the above matters for all purposes.

Dated: April 19, 2022          Respectfully submitted,

                               TRACY L. WILKISON
                               United States Attorney

                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division

                                  /s/
                               JERRY C. YANG
                               ROBERT S. TRISOTTO
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

Dated: April 19, 2022            /s/ (via telephone authorization)
                               ELON BERK
                               Attorney for Defendant
                               CHRISTOPHER LLOYD BURNELL

     I understand that I have a right to have the government prove the facts set forth above beyond a reasonable doubt at trial.  I have read this stipulation and carefully discussed it with my attorney, along with the consequences of stipulating to the facts set forth above, and I knowingly waive that right.

/s/ (by telephone authorization)   4/19/2022
CHRISTOPHER LLOYD BURNELL           DATE
Defendant