TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG (Cal. Bar No. 241323)
Assistant United States Attorney
Chief, Riverside Branch Office
ROBERT S. TRISOTTO (Cal. Bar No. 314178)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6221/6211
    Facsimile: (951) 276-6202
    E-mail:   Jerry.Yang@usdoj.gov
              Robert.Trisotto@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 17-00278-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS |
| v. | |
| CHRISTOPHER LLOYD BURNELL, | Trial Date: May 10, 2022<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Michael W. Fitzgerald |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jerry C. Yang and Robert S. Trisotto, submits its proposed voir dire questions and respectfully requests that the Court ask or permit the attorneys to ask these voir dire questions during jury selection.

///

///

Dated: April 21, 2022                Respectfully submitted,

                                     TRACY L. WILKISON
                                     United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                         /s/
                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     JERRY C. YANG
                                     ROBERT S. TRISOTTO
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

**I.   CHARGES**

1. The defendant is charged with wire fraud and filing false income tax returns with the Internal Revenue Service ("IRS"). Is there anything about the nature of the crimes charged that makes you unwilling or reluctant to serve as a juror?

2. Do you have any feelings that the type of crimes charged in this case should not be prosecuted or should be prosecuted more vigorously?

**II.   TAX LAW AND THE IRS**

3. Does anyone believe that the tax laws of the United States are unconstitutional or should not be enforced?

4. Does anyone have any personal or philosophical views or feelings about the collection of taxes by the United States or the Internal Revenue Service?

   a. If so, please describe those views or feelings.
   b. Would your views or feelings impair your ability to render a fair and impartial verdict in this case?

5. Have you, a family member, or a close friend studied the Internal Revenue Code or any other of the tax laws of the United States?

6. Have you, a family friend, or a close friend worked in the field of tax return preparation or as a certified public accountant or "CPA"?

7. Have you, a family member, or a close friend ever been employed by, or worked closely with, the IRS?

8. Have you, a family member, or a close friend been under criminal investigation by the IRS or a state taxing agency?

      a.   If so, do you feel that you/they were treated fairly by the IRS?

      b.   Was the matter resolved satisfactorily and fairly in your opinion?

9. Have you, a family member, or a close friend been subject to an IRS audit or other civil examination by the IRS or a state taxing agency?

      a.   If so, do you feel that you/they were treated fairly by the IRS?

      b.   Was the matter resolved satisfactorily and fairly in your opinion?

10. Have you, a family member, or a close friend ever been associated with a group or organization which advocates for the revision or abolition of the tax laws of the United States or of any state?

**III. FRAUD**

11. Have you, a family member, or a close friend, ever been accused of committing fraud?

      a.   If so, can you explain?

      b.   Do you feel that you/they were treated fairly?

      c.   Was the matter resolved satisfactorily and fairly in your opinion?

12. Have you, a family member, or a close friend ever been the victim of fraud?

      a.   If so, can you explain?

      b.   Was the matter resolved satisfactorily and fairly in your opinion?

         c.   Is there anything about your/their experience that would prevent you from being fair and impartial in this case?

**IV.   EXPERIENCE WITH JUDICIAL SYSTEM**

    13.   Have you, a family member, or a close friend ever been a victim of any crime other than fraud?

         a.   If yes, please explain briefly.

         b.   Were you satisfied or dissatisfied with the way you/they were treated by law enforcement officials and the judicial system?

         c.   Would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

    14.   Have you, a family member, or a close friend ever been arrested or convicted of a criminal offense?

         a.   If yes, please explain briefly.

         b.   Is there anything about your/their experience that would prevent you from being fair and impartial in this case?

    15.   Have you, a family member, or a close friend ever been sentenced to or served time in jail or prison?

         a.   If yes, please explain briefly.

         b.   Is there anything about your/their experience that would prevent you from being fair and impartial in this case?

    16.   Have you, a family member, or close friend ever been a party to a lawsuit or had to go to court for any reason other than jury service?

         a.   If yes, please explain briefly.

         b.   Was there anything you did not like about that experience?

 1     17. Have you served on a jury?
 2         a. If yes, were you the jury foreperson?
 3         b. Did the jury you served on reach a verdict?
 4         c. Did you serve on a criminal or civil case?

**V.   EXPERIENCE WITH LAW ENFORCEMENT**

 6     18. This case was investigated by the Internal Revenue Service – Criminal Investigation. Have you, a family member, or a close friend had any experiences, positive or negative, with the Internal Revenue Service – Criminal Investigation?
10         a. If yes, what was the nature of that experience?
11         b. Would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

14     19. Have you, a family member, or a close friend had any experiences with local, state, or federal law enforcement other than the Internal Revenue Service – Criminal Investigation that left you with strong feelings, good or bad, about law enforcement officers?
18         a. If yes, what was the nature of that experience?
19         b. Would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

22     20. Have you, a family member, and/or a close friend ever worked for a law enforcement agency? Is there anything about that work which would prevent you from being a fair juror in this case?

25     21. Would you be able to assess charges against a former law enforcement officer without giving either more weight to the charges, or less weight to the charges, because of the fact that the defendant is a former deputy sheriff?

4

**VI.   PUNISHMENT AND SYMPATHY**

22. The potential punishments for the offenses charged are a matter that should never be considered by the jury in any way in arriving at an impartial verdict as to the guilt or innocence of the accused. Will you be able to conduct your duties as jurors in this case without speculating about or being influenced in any way by whatever punishment may or may not be imposed in this case?

23. There are some people who, for moral, ethical, religious, or other personal reasons, may find it difficult or uncomfortable to pass judgment on the conduct of others. Do you hold such beliefs or might you be affected by such beliefs?

**VII. JURY DELIBERATIONS AND THE COURT'S INSTRUCTIONS**

24. If you are selected as a juror in this case, will you be able to discuss the evidence presented with your fellow jurors?

25. Regardless of your personal feelings about any issue that may arise in this case, will you follow the law as the Court gives it to you during this case?

26. If you are selected as a juror in this case, you will be required to deliberate with eleven other jurors. Is there anything that leads you to believe that you might be unable or unwilling to engage in such discussions with others?

27. Knowing what you now know about this case, do you have any reservation about your ability to hear the evidence, deliberate, and return a fair and impartial verdict?

28. Do you have any difficulty with your language skills, hearing or sight, or have any medical problems that could impair your ability to devote your full attention to this trial?

**VIII. KNOWLEDGE OF POTENTIAL WITNESSES**

    29.   Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?  (The Court is respectfully requested to read the government's and defendant's witness lists.)