UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **EDCR 17-278 MWF**                                    Dated: May 9, 2022

========================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Jerry C. Yang |
|---|---|---|
| Courtroom Deputy | Court Reporter | Robert Trisotto |
| | | Asst. U.S. Attorneys |

========================================================================
U.S.A. vs (Dfts listed below)                  Attorneys for Defendants

1)   Christopher Lloyd Burnell          1)   Elon Berk
     Present - On Bond                        Present - Retained

---

PROCEEDINGS:  CHANGE OF PLEA AND SETTING OF SENTENCING DATE

Case called, and counsel make their appearance. The Change of Plea hearing is held.

Defendant is sworn. Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Counts 1 through 13 of the Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Christopher Lloyd Burnell, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **August 15, 2022**, at **1:30 p.m.**, for sentencing.  The Jury Trial is hereby vacated.  The defendant and counsel are ordered to return on this date for Sentencing.

cc:    PSA
       USPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

Initials of Deputy Clerk _rs/_
:52